No. 01–9632. WARE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9634. WILSON v. BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9638. ELDRIDGE v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–9655. APODACA v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9717. EPPS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–932. CRATER CORP. v. LUCENT TECHNOLOGIES, INC., ET AL. C. A. Fed. Cir. Motion of petitioner for leave to file District Court order under seal granted. Certiorari denied. JUSTICE O'CONNOR and JUSTICE SCALIA took no part in the consideration or decision of this motion and this petition.

No. 01–1311. MILWAUKEE SAFEGUARD INSURANCE CO. ET AL. v. SELCKE, DIRECTOR, ILLINOIS DEPARTMENT OF INSURANCE, ET AL. App. Ct. Ill., 1st Dist. Motions of Council on State Taxation and American Insurance Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 01–1324. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY ET AL. v. DEJA VU OF NASHVILLE, INC., ET AL. C. A. 6th Cir. Motion of International Municipal Lawyers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–1353. LEE v. DOW CHEMICAL CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–1408. SEARIVER MARITIME, INC. v. OWENS. C. A. 5th Cir. Motion of American Waterways Operators for leave to file a brief as *amicus curiae* granted. Certiorari denied.